SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
KENNETH DAVIDSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALONSO ROMO D/B/A LA CITY CLIPS; XIOMARA SANDOVAL; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:25-cv-02791-PA (AJRx)<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: August 18, 2025<br>Time: 1:30 p.m.<br>Courtroom: 9A<br><br>Honorable Judge Percy Anderson |

To Defendants ALONSO ROMO D/B/A LA CITY CLIPS; XIOMARA SANDOVAL; and the attorneys of record, if any: Please take notice that on August 18, 2025, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff KENNETH DAVIDSON will present Plaintiff's motion for default judgment against Defendants ALONSO ROMO D/B/A LA CITY CLIPS and XIOMARA SANDOVAL. The Clerk has previously entered the default on said Defendants on May 20, 2025 (Dkt. #17).

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendants ALONSO ROMO D/B/A LA CITY CLIPS and XIOMARA SANDOVAL are not minors, incompetent persons, or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants ALONSO ROMO D/B/A LA CITY CLIPS and XIOMARA SANDOVAL have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,185.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the Defendants to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendants are readily accessible to and usable by individuals with disabilities at the property located at or about 2740 E. 4th St. 4402, Los Angeles, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendants ALONSO ROMO D/B/A LA CITY CLIPS and XIOMARA SANDOVAL on July 18, 2025 by first class United States Mail, postage prepaid.

Dated: July 18, 2025                    **SO. CAL. EQUAL ACCESS GROUP**


By:    /s/ Jason J. Kim
       Jason J. Kim, Esq.
       Attorneys for Plaintiff